UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:20CR00691 SRC ) |
| LESTER A. BULL, a/k/a "Unc," | ) ) |
| Defendant. | ) ) |

## STIPULATION OF FACTS

The United States of America and defendant Lester A. Bull agree and accept the following facts in this case to be proven:

1. On or before January 2018, the defendant entered into an agreement or understanding with one or more people to commit the crime of possession with the intent to distribute marijuana.

2. The defendant voluntarily and intentionally joined in the agreement to possess with the intent to distribute marijuana, either at the time it was first reached or at some later time while it was still in effect.

3. At the time the defendant joined in the agreement to possess with the intent to distribute marijuana, he knew of the purpose of the agreement.

4. The quantity of marijuana involved in the offense was 100 kilograms or more.

5. On or before January 2018, the defendant entered into an agreement or understanding with one or more people to commit the crime of money laundering.

6. The defendant voluntarily and intentionally joined in the agreement to commit the crime of money laundering, either at the time it was first reached or at some later time while it was still in effect.

7. At the time the defendant joined in the agreement to commit the crime of money laundering, he knew of the purpose of the agreement.

8. On or before October 12, 2020, the defendant had been convicted in a court of law of one or more crimes punishable by a term of imprisonment of more than one year.

9. On October 12, 2020, the defendant knew he had been convicted in a court of law of one or more crimes punishable by a term of imprisonment for more than one year.

10. On or about October 12, 2020, the defendant knowingly possessed a firearm, which firearm had traveled in interstate and foreign commerce prior to the defendant's possession of the firearm.

11. The defendant possessed the firearm in furtherance of a drug trafficking crime, possession with the intent to distribute marijuana.

2/27/2022
Date

JEANNETTE S. GRAVISS
Assistant United States Attorney

2-27-2022
Date

WAYNE SCHOENEBERG
JOSEPH HARVATH
Counsel for Defendant

02-27-2022
Date

LESTER BULL
Defendant